IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WARREN A. HEMPHILL, SR. | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-12-1371 |
| | * | |
| MIDWEST FIRST FINANCIAL LP, IV | * | |
| | ****** | |

**MEMORANDUM**

Warren A. Hemphill, Sr. has instituted this *pro se* action against Midwest First Financial Limited Partnership, IV.  Midwest has filed a motion to dismiss.  Hemphill has responded to the motion.

Midwest's motion will be granted.  The complaint contains five counts.  None of the counts states a claim upon which relief can be granted.

In count I, Hemphill alleges a violation of an automatic stay entered in a Chapter 13 proceeding instituted in the Bankruptcy Court.  The Bankruptcy Court has exclusive jurisdiction over any claim that an automatic stay was violated. *See Budget Service Co. v. Better Homes of Virginia*, 804 F.2d 289, 292 (4th Cir. 1986); *Lubrizol Enterprises, Inc. v. Richmond Metal Finishers, Inc.*, 756 F.2d 1043, 1048 (4th Cir. 1985).  In count II, Hemphill alleges that Midwest violated the Fair Debt Collection Practices Act.  Midwest itself is the creditor, and therefore is not a "debt collector" as defined by 15 U.S.C. §1592(a)(4)-(6). *See Pollice v. National Tax Funding, L.P.*, 225 F.3d 379, 403 (3d Cir. 2000).  Although Hemphill alleges that Midwest identified itself as a "debt collector" in correspondence with Hemphill, that self-identification is not sufficient to make Midwest a "debt collector" within the meaning of the Fair Debt Collection

1

Practices Act.

In counts III, IV, and V, Hemphill alleges that Midwest made false communications to him and his daughter, Sandra H. Littlejohn, to the effect that they were in default on the mortgage. Because Hemphill alleges that the loan was in default, there is no factual basis for any claim that the communications made by Midwest to Hemphill were false.

A separate order granting Midwest's motion and dismissing this action is being entered herewith.

Date:   August 7, 2012			_____/s/_____
					J. Frederick Motz
					United States District Judge